IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLTON HARRY,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS and COHEN ASSOCIATES, LTD,<br><br>Defendant. | CASE NO. 1:17-cv-00818-JEJ<br>Judge John E. Jones, III<br>Complaint Filed: June 23, 2017 |

## **STIPULATION OF DISMISSAL**

COME NOW the parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby stipulate that the above-referenced action is dismissed with prejudice, and each party is responsible for his/its own attorneys' fees.

| | |
|---|---|
| LAW OFFICE OF A. DALE BOWERS, PA | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| BY: /s/ A. Dale Bowers<br>A. Dale Bowers, Esq. (#3932)<br>203 North Maryland Avenue<br>Wilmington, DE  19804<br>(302) 691-3786<br>(302) 691-3790 Fax<br>dale@bowerslegal.com | BY: /s/ Keri Morris-Johnston<br>Keri Morris-Johnston, Esq.  (#4656)<br>1007 N. Orange Street, Suite 600<br>P.O. Box 8888<br>Wilmington, DE 19899<br>(302) 552-4372<br>klmorris@mdwcg.com |
| and | and |

| | |
|---|---|
| SWARTZ SWIDLER, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| Richard Swartz, Esq. (*admitted PHV*)<br>Daniel A. Horowitz, Esq. (*admitted PHV*)<br>1101 Kings Hwy. N, Ste. 402<br>Cherry Hill, NJ  08034<br>(856) 685-7420<br>(856) 685-7417 Fax<br>rswartz@swartz-legal.com | Kevin G. Barreca, Esq. (*admitted PHV*)<br>Two Lakeway Center, Suite 200<br>3850 North Causeway Boulevard<br>Metairie, LA 70002<br>T: (504) 828-3700<br>F: (504) 828-3737<br>kbarreca@sessions.legal |
| ***Attorneys for Plaintiff, Carlton Harry*** | ***Attorneys for Defendant, Phillips & Cohen Associates, Ltd.*** |

IT IS SO ORDERED this _____ day of _____, 2019.

_____
JOHN E. JONES III
UNITED STATES DISTRICT JUDGE